IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-40067
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE MANUEL SILVERIO RAMOS,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-00-CR-345-1
--------------------
October 29, 2001

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Jose
Manuel Silverio Ramos on appeal has moved for leave to withdraw
as counsel and has filed a brief as required by Anders v.
California, 386 U.S. 738 (1967). Ramos has not filed a response
to counsel's motion and brief.

Our independent review of the record discloses no
nonfrivolous issue for appeal. Accordingly, counsel's motion for

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. 5TH CIR. R. 42.2.

DISMISSED.